| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | LAURA D. WITHERS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN CROWNOVER,<br><br>Defendant. | CASE NO. 1:19-CR-00018-DAD<br><br>STIPULATION TO CONTINUE TRIAL DATE & ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on May 5, 2020.

2. By this stipulation, defendant now moves to continue the trial until May 19, 2020, and to exclude time between May 5, 2020, and May 19, 2020, pursuant to 18 U.S.C. § 3161(h).

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to prepare for trial.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

    d) Based on the above-stated findings, the ends of justice served by continuing the

1

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 5, 2020 to May 19, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: January 31, 2020           McGREGOR W. SCOTT
                   United States Attorney

                   /s/ LAURA D. WITHERS
                   LAURA D. WITHERS
                   Assistant United States Attorney

Dated: January 31, 2020           /s/ JAMES HOMOLA
                   JAMES HOMOLA
                   Counsel for Defendant
                   KEVIN CROWNOVER

**ORDER**

IT IS HEREBY ORDERED that the trial currently scheduled for May 5, 2020, be continued to May 19, 2020. The time period between May 5, 2020, and May 19, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. It is further ordered that the currently scheduled April 13, 2020 trial confirmation hearing be continued to May 4, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **February 1, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE