| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | LAURA D. WITHERS |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00018-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JURY TRIAL AND EXCLUDE TIME UNDER SPEEDING TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KEVIN CROWNOVER, | DATE: July 27, 2021 |
|  | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on July 27, 2021.

2. By this stipulation, the parties now move to continue the jury trial until November 9, 2021, and to exclude time between July 27, 2021, and November 9, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that all of the discovery in this case has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for

trial.

      c)      Counsel for defendant has a state case going to trial the week of August 3, 2021, which will require a similar outpouring of limited resources and time to prepare.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government joins in the request for the continuance. A vital prosecution witness now lives and works in Kuwait as a civilian contractor. Due to the COVID-19 pandemic, Kuwait will not allow the witness to return to Kuwait if he leaves, and this restriction is not expected to lift until Fall 2021.

      f)      The defendant is not detained pending trial.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 27, 2021 to November 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 8, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

Dated: June 8, 2021

/s/ JAMES R. HOMOLA
JAMES R. HOMOLA
Counsel for Defendant
KEVIN CROWNOVER

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED that the trial confirmation shall be continued to October 25, 2021 at 10:00, and that the jury trial be set for November 9, 2021 at 8:30.

IT IS FURTHER ORDERED that the time period of between July 27, 2021, and November 9, 2021, is excluded for purposes of the Speedy Trial Act.

IT IS SO ORDERED.

Dated: **June 8, 2021**

UNITED STATES DISTRICT JUDGE