MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KEVIN CROWNOVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:19-cr-00018-DAD-BAM |
|---|---|
| Plaintiff, | **MOTION TO RELEASE SEALED TRANSCRIPT TO MR. CROWNOVER'S SUCCESSOR COUNSEL** |
| v. | |
| KEVIN CROWNOVER, | |
| Defendant. | |

On January 31, 2022, the Court conducted a *Marsden* hearing in this matter, relieved Mr. Crownover's attorney, and sealed the transcript of the hearing. Thereafter Michael McKneely was appointed to represent Mr. Crownover.

Defendant's current counsel believes it necessary to review the *Marsden* transcript in order to assist Mr. Crownover with regard to his case, and to evaluate potential grounds for relief in the trial court. Mr. Crownover consents to the transcript's release to Michael McKneely as his successor counsel. Assistant United States Attorney Laura Withers does not object to the transcript's release to Mr. McKneely

DATED: April 13, 2022            MICHAEL McKNEELY,
                                 CRIMINAL DEFENSE ATTORNEY

                                 By:   s/ Michael McKneely
                                       Michael McKneely
                                       Attorneys for Kevin Crownover

-1-

# ORDER

The Court hereby authorizes Court Reporter Karen Hooven to provide a transcript of the sealed *Marsden* proceeding conducted by the court in this action on January 31, 2022 to successor defense counsel, attorney Michael McKneely. That transcript shall otherwise remain sealed.

IT IS SO ORDERED.

Dated: **April 13, 2022**

UNITED STATES DISTRICT JUDGE

MICHAEL McKNEELY
CRIMINAL DEFENSE ATTORNEY
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150