IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:19-CR-00018-1-DAD |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| KEVIN NEAL CROWNOVER, | ) | |
| | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Johanna S. Schiavoni be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 1, 2022 as co-counsel for limited purposes of assisting trial counsel through sentencing and then appeal.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **April 25, 2022**               _____
                                          UNITED STATES DISTRICT JUDGE

-1-