UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN CROWNOVER,<br><br>Defendant. | No. 19-cr-00018-ADA-BAM<br><br>9th Cir. Case No. 22-10135<br><br>ORDER CONFIRMING STAY OF SELF-SURRENDER PENDING RESOLUTION OF DEFENDANT APPELLANT'S MOTION BROUGHT UNDER NINTH CIRCUIT RULE 9-1.2 |

Pursuant to Ninth Circuit Rule 9-1.2(e), the self-surrender date for Kevin Crownover is continued until the Ninth Circuit Court of Appeals rules on Crownover's pending motion for release pending appeal.

All other conditions of release shall remain in full force and effect until further order of this Court.

IT IS SO ORDERED.

Dated:   September 22, 2022

UNITED STATES DISTRICT JUDGE

1