PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN N. CROWNOVER, <br><br> Defendant. | CASE NO. 1:19-CR-00018-ADA-BAM <br><br> STIPULATION AND ORDER LIFTING STAY AND SETTING SURRENDER DATE <br><br> COURT: Hon. Ana de Alba |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, defendant was ordered to surrender to the Bureau of Prisons to begin serving his sentence of imprisonment on September 22, 2022.

2. The defendant filed a motion for bond pending appeal in the Ninth Circuit Court of Appeals on September 21, 2022. The filing of the motion stayed defendant's surrender date by Ninth Circuit Rule 9-1.2(e). This Court confirmed the stay via Order dated September 22, 2022. (Dkt. No. 104).

3. On October 19, 2022, the Ninth Circuit Court of Appeals denied defendant's motion for bail pending appeal.

4. By this stipulation, the parties now move to lift the stay previously ordered by the Court

and reset defendant Crownover's date to surrender to the Bureau of Prisons for service of his sentence of imprisonment to **on or before 2:00 p.m. on November 16, 2022**.

      IT IS SO STIPULATED.

Dated:  October 27, 2022            PHILLIP A. TALBERT
                                              United States Attorney

                                          By: /s/ Henry Z. Carbajal III
                                                  HENRY Z. CARBAJAL III
                                                  Assistant United States Attorney

Dated:  October 27, 2022

                                          By: /s/Johanna Schiavoni
                                                  JOHANNA SCHIAVONI
                                                  Counsel for Defendant
                                                  Kevin Crownover

IT IS SO ORDERED.

    Dated:   October 28, 2022

                                                    UNITED STATES DISTRICT JUDGE